**JENNIFER CLARK**
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 8329
Missoula, MT 59807
105 E. Pine, 2nd Floor
Missoula, MT 59802
Phone: (406) 542-8851
Fax: (406) 542-1476
E-mail:  Jennifer.Clark2@usdoj.gov

**ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA**

FILED

3/25/2021

Clerk, U.S. District Court
District of Montana
Missoula Division

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CR 21-14-M-DLC** |
| **Plaintiff,** | **INDICTMENT** |
| vs. | **CONSPIRACY**<br>Title 18 U.S.C. § 371<br>(Count I)<br>(Penalty: Five years imprisonment, $250,000 fine, and three years of supervised release) |
| **DANIEL FORREST HASLAGE,<br>LEIF PETER LARSEN,<br>SHANE BRYAN JOHNSON, and<br>KEVIN JOHN AUDETT,**<br><br>**Defendants.** | **INTERSTATE TRANSPORTATION OF STOLEN PROPERTY**<br>Title 18 U.S.C. §§ 2314 and 2<br>(Count II)<br>(Penalty: Ten years imprisonment, $250,000 fine, and three years of supervised release) |

1

|  | **INTERSTATE TRANSPORTATION OF STOLEN VEHICLES**<br>Title 18 U.S.C. §§ 2312 and 2<br>(Counts III-IX)<br>(Penalty: Ten years imprisonment, $250,000 fine, and three years of supervised release)<br><br>**INTERSTATE TRANSPORTATION OF STOLEN FIREARMS**<br>Title 18 U.S.C. §§ 922(i) and 2<br>(Count X)<br>(Penalty: Ten years imprisonment, $250,000 fine, and three years of supervised release) |
|---|---|

THE GRAND JURY CHARGES:

## COUNT I

## THE CONSPIRACY

Beginning in or about May 2020, and continuing until in or about July 2020, in Flathead County, in the State and District of Montana, and elsewhere, the defendants, DANIEL FORREST HASLAGE, LEIF PETER LARSEN, SHANE BRYAN JOHNSON, and KEVIN JOHN AUDETT, and other persons known and unknown to the Grand Jury, did knowingly conspire, confederate and agree with each other to commit offenses against the United States of America, to wit 18 U.S.C. §§ 2312 and 2314, interstate transportation of stolen motor vehicles and other property.

## OBJECT OF THE CONSPIRACY

The primary object of the conspiracy was to traffic in stolen motor vehicles and property. To accomplish this objective, the defendants traveled in interstate commerce to steal motor vehicles and property. The overall activity involved the theft of approximately $357,345.00 worth of motor vehicles and the theft of other property worth approximately $21,000.00.

## OVERT ACTS

In furtherance of the conspiracy and to effect the object thereof, the defendants performed or caused to be performed the following overt acts, among others in the District of Montana and elsewhere:

The allegations contained in counts II through IX of this indictment are alleged and incorporated as though fully set forth herein as separate overt acts.

The conspiracy set forth herein and the above described overt acts all being in violation of 18 U.S.C. § 371.

## COUNT II

On or about May 3-6, 2020, at Kalispell, in Flathead County, in the State and District of Montana, and elsewhere, the defendants, DANIEL FORREST HASLAGE, KEVIN JOHN AUDETT, and LEIF PETER LARSEN, did unlawfully transport and cause to be transported in interstate commerce, from the State of Montana to the State of Washington, stolen goods, that is a 2015 Prowler 27PBHS

camper trailer, a 1978 Nomanco camp trailer VIN 7064018L, and a Skylark 90 Camper Shell, with a total value of $5,000 or more, knowing the same to have been stolen, in violation of 18 U.S.C. §§ 2314 and 2.

## COUNT III

That on or about May 6, 2020, at Kalispell, in Flathead County, in the State and District of Montana, and elsewhere, the defendant.s, DANIEL FORREST HASLAGE, did unlawfully transport in interstate commerce, from the State of Montana to State of Washington, a stolen motor vehicle, that is, a 2002 Chevy Duramax 3500 pickup, VIN 1GBJK39612F227217, knowing the same to be stolen, in violation of 18 U.S.C. §§ 2312 and 2.

## COUNT IV

That on or about May 6-12, 2020, at Kalispell, in Flathead County, in the State and District of Montana, and elsewhere, the defendants, DANIEL FORREST HASLAGE and KEVIN JOHN AUDETT, did unlawfully transport in interstate commerce, from the State of Montana to State of Washington, a stolen motor vehicle, that is, a 2007 Chevy Duramax Silverado pickup, VIN 1GCHK23U87F198051, knowing the same to be stolen, in violation of 18 U.S.C. §§ 2312 and 2.

COUNT V

That on or about May 18, 2020, at Kalispell, in Flathead County, in the State and District of Montana, and elsewhere, the defendants, DANIEL FORREST HASLAGE, KEVIN JOHN AUDETT, and LEIF PETER LARSEN, did unlawfully transport in interstate commerce, from the State of Montana to State of Washington, stolen motor vehicles, that is, a 2004 Dodge 3500 Flatbed pickup, VIN 3D7MU48C94G134234, and a 2007 Dodge 3500 pickup, VIN 3DMX48C57G710459, knowing the same to be stolen, in violation of 18 U.S.C. §§ 2312 and 2.

COUNT VI

That on or about May 20, 2020, at Kalispell, in Flathead County, in the State and District of Montana, and elsewhere, the defendants, DANIEL FORREST HASLAGE, did unlawfully transport in interstate commerce, from the State of Montana to State of Washington, a stolen motor vehicle, that is, a 2015 Chevy Camaro, VIN 2G1F21EE2F9700331, knowing the same to be stolen, in violation of 18 U.S.C. §§ 2312 and 2.

COUNT VII

That on or about June 13, 2020, in Mineral County and Sanders County, in the State and District of Montana, and elsewhere, the defendants, DANIEL FORREST HASLAGE and LEIF PETER LARSEN, did unlawfully transport in

interstate commerce, from the State of Idaho to State of Montana, stolen motor vehicles, that is, a 1969 Dodge Charger, VIN XP29G9G112890, and a 1970 Dodge Coronet, VIN WM23NOE139643, knowing the same to be stolen, in violation of 18 U.S.C. §§ 2312 and 2.

## COUNT VIII

That on or about June 26, 2020, at Kalispell, in Flathead County, in the State and District of Montana, and elsewhere, the defendants, DANIEL FORREST HASLAGE, did unlawfully transport in interstate commerce, from the State of Montana to State of Washington, a stolen motor vehicle, that is, a 2008 Chevy Silverado flatbed truck, VIN 1GCHC29KX8E161643, knowing the same to be stolen, in violation of 18 U.S.C. §§ 2312 and 2.

## COUNT IX

That on or about July 10, 2020, at Kalispell, in Flathead County, in the State and District of Montana, and elsewhere, the defendants, DANIEL FORREST HASLAGE, and SHANE BRYAN JOHNSON, did unlawfully transport in interstate commerce, from the State of Montana to State of Washington, stolen motor vehicles, that is, a 2016 Dodge Challenger, VIN 2C3CDZE12GH332005, and a 2018 Dodge Ram 1500 Rebel pickup, VIN 1C6RR7YT0JS197687, knowing the same to be stolen, in violation of 18 U.S.C. §§ 2312 and 2.

## COUNT X

That on or about and between May 3, 2020, and June 13, 2020, at Kalispell, in Flathead County, and in Mineral County and Sanders County, in the State and District of Montana, and elsewhere, the defendants, DANIEL FORREST HASLAGE and LEIF PETER LARSEN, knowingly transported stolen firearms in interstate commerce, from the State of Montana to the State of Idaho, knowing and having reasonable cause to know the firearms were stolen, in violation of 18 U.S.C. §§ 922(i) & 2.

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

_____
LEIF M. JOHNSON
Acting United States Attorney

_____
JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

Summons: _____
Warrant: ___✓___
(MJ 21-11-M-KLD - Haslage)

7